JACK OSWALD (OSB #871330)
OSWALD & MITCHELL
12100 S.W. Allen Boulevard
Beaverton, Oregon 97005
oswaldmitchell@aol.com
T: (503) 626-7917 F: (503) 671-9398

Attorneys for Plaintiff ROBERTO ACEVEDO

BRENDA K. BAUMGART (OSB #992160)
TODD A. HANCHETT (OSB #992787)
RYAN S. GIBSON (OSB #073873)
STOEL RIVES
900 S.W. Fifth Avenue, Suite 2600
Portland, Oregon 97204
T: (503) 224-3380
F: (503) 220-2480
bkbaumgart@stoel.com
tahanchett@stoel.com
rsgibson@stoel.com

Attorneys for Defendants
PRINCETON PROPERTY MANAGEMENT
INC., and LAURA FLORES

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROBERTO ACEVEDO, | CASE NO. 3:12-cv-1498-PK |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| v. | |
| PRINCETON PROPERTY MANAGEMENT INC., an Oregon corporation, and LAURA FLORES, | |
| Defendants. | |

PAGE 1 – STIPULATION AND ORDER OF DISMISSAL

Plaintiff and Defendants, by and through their respective counsel, stipulate to the dismissal of the within cause with prejudice. Each of the parties hereto is to bear its own costs and attorneys' fees.

DATED: July 11, 2013.                OSWALD & MITCHELL

/s/ Jack Oswald
Jack Oswald (OSB #871330)
Attorneys for Plaintiff
ROBERTO ACEVEDO

DATED: July 11, 2013.                STOEL RIVES

/s/ Ryan Gibson
Brenda K. Baumgart, Esq.
Todd A. Hanchett, Esq.
Ryan Gibson, Esq.
Attorneys for Defendants
PRINCETON PROPERTY MANAGEMENT INC., and LAURA FLORES

### ORDER OF DISMISSAL

In accordance with the above stipulation, IT IS ORDERED that above-referenced case, including all claims and all parties are DISMISSED with prejudice.

IT IS FURTHER ORDERED that each of the parties hereto is to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: July 11, 2013

Hon. Paul J. Papak
United States Magistrate Judge